# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ALEXANDER FAVOR, a/k/a BRANDON FAVOR-EL,<br><br>Petitioner,<br><br>v.<br><br>DAVE DAVEY, Warden,<br><br>Respondent. | Case No. 1:15-cv-00973-LJO-SKO HC<br><br>ORDER DIRECTING CLERK OF COURT TO AMEND CAPTION |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner has advised the Court that he is presently incarcerated in California State Prison, Corcoran, California. As a result, Daniel Paramo, the warden of Richard J. Donovan Correctional Center, San Diego, California, no longer has custody of Petitioner. Dave Davey, Warden of California State Prison, Corcoran, now has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Dave Davey, Warden, California State Prison, Corcoran, as Respondent.

IT IS SO ORDERED.

Dated: **January 15, 2016**          **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28