# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ALEXANDER FAVOR, aka BRANDON FAVOR-EL,<br><br>Petitioner,<br><br>v.<br><br>DAVE DAVEY, Warden,<br><br>Respondent. | Case No. 1:15-cv-00973-LJO-SKO  HC<br><br>ORDER DIRECTING RESPONDENT TO SUPPLEMENT THE LODGED RECORD |

Petitioner is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court referred the matter to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

Respondent has moved to dismiss the petition, contending the Petitioner is serving a life sentence without possibility of parole. No evidence within the record documents Petitioner's conviction and sentence, however, nor even identifies the county in which the underlying action against Petitioner was conducted.

Accordingly, the Court hereby DIRECTS the Respondent to supplement the state record with a copy of the judgment of conviction and sentence in the underlying action of *State v. Favor*. Respondent shall file the requested supplemental material no later than thirty (30) days from the date of this order. This order requires no action by Petitioner.

IT IS SO ORDERED.

Dated:   **January 20, 2016**            /s/ Sheila K. Oberto
                                 UNITED STATES MAGISTRATE JUDGE